# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

| | |
|---|---|
| A United States Postal Service Priority Mail Express parcel # EE 304 480 756 US (the SUBJECT PARCEL). The SUBJECT PARCEL is a white box 13 3/8" long x 11 7/8" wide x 3 5/8" tall, weighing approximately 2 lb. 3 oz. The SUBJECT PARCEL is from "Lindsey McNally 4808 McDonnel Ave Oakland Ca 94619." The parcel bears a hand written label addressed to "M.M. N66W35104 Lappland Crossing Oconomowoc WI 53066." The SUBJECT PARCEL was postmarked on March 20, 2019 in Oakland, CA 94615 at 6:16 pm. The postage was $53.50, with no additional insurance on the parcel added. | Case Number: 19-MJ-1241 |

## SEARCH AND SEIZURE WARRANT

**TO: Any authorized law enforcement officer**

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property in the Eastern District of Wisconsin

A United States Postal Service Priority Mail Express parcel # EE 304 480 756 US (the SUBJECT PARCEL). The SUBJECT PARCEL is a white box 13 3/8" long x 11 7/8" wide x 3 5/8" tall, weighing approximately 2 lb. 3 oz. The SUBJECT PARCEL is from "Lindsey McNally 4808 McDonnel Ave Oakland Ca 94619." The parcel bears a hand written label addressed to "M.M. N66W35104 Lappland Crossing Oconomowoc WI 53066." The SUBJECT PARCEL was postmarked on March 20, 2019 in Oakland, CA 94615 at 6:16 pm. The postage was $53.50, with no additional insurance on the parcel added.

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of title 21 U.S.C. § 843(b).

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before ___3/28___, 2019
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30) ☐ until, the facts justifying, the later specific date of _____.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate William E. Duffin.

Date and time issued ___3/26___, 2019; __1:00__ a.m.

City and state: Milwaukee, Wisconsin

THE HONORABLE WILLIAM E. DUFFIN
United States Magistrate Judge
*Name & Title of Judicial Officer*

| | | |
|---|---|---|
| **RETURN** | | |
| Case No. 2688033 | Date and time Warrant executed 3-26-19  12:17pm | Copy of warrant and inventory left with: Retained By Inspection Service |

Inventory made in the presence of
Inspector York + Detective Robert Grall

Inventory of person or property taken and name of any person(s) seized:

Two wrapped bundles, each containing one vacuum sealed bag containing green, leafy plant material, suspect marijuana.

Gross wt: 640.9 grams

## CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5-10-19

_David York_
*(Executing officer's signature)*

U.S. Postal Inspector
*(Printed name and title)*

Subscribed, sworn to, and returned before me this date.

_William E. Duffin_
*(U.S. Judge or Magistrate Judge)*

5/10/19
*(Date)*